

**MICHAEL P. WELCH**
PARTNER
(516) 357-3443
michael.welch@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

> The conference is now scheduled for **February 4, 2025 at 2:00 PM**. The required pre-conference filings are due on January 30, 2025. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 10.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: January 16, 2025.

January 16, 2025

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

Re:  *Factory Mut. Ins. Co., a/s/o Thor Equities, LLC, Thor Management Company, LLC, No Ordinary Designer Label Limited a/k/a Ted Baker, Ltd., and Puma North America, Inc. v. Consolidated Edison Company of New York Inc.*, Case No. 1:24-cv-8133 (AS)

Dear Judge Subramanian:

We represent Plaintiff Factory Mutual Insurance Company a/s/o Thor Equities, LLC, Thor Management Company, LLC, No Ordinary Designer Label Limited a/ka/ Ted Baker, Ltd., and Puma North America, Inc. ("Plaintiff") in the above-referenced matter. We write to respectfully request an adjournment of the Initial Pretrial Conference with the court currently scheduled for **January 28, 2025 at 2:00 PM** and a corresponding adjournment to file the required proposed Civil Case Management Plan and Scheduling Order. This is Plaintiff's <u>first</u> request for an adjournment.

Plaintiff filed a summons and complaint on October 25, 2024. *See* ECF Dkt. 1. Defendant Consolidated Edison Company of New York, Inc. ("Defendant") was served on January 9, 2025. Defendant has not yet appeared, and its answer is not due until January 30, 2025. *See* Dkt. 9. The court, however, has scheduled the Initial Pretrial Conference for January 28, 2025, which is prior to Defendant's deadline to answer. *See* ECF Dkt. 9.

Accordingly, to allow time for Defendant to obtain counsel and to respond to the complaint, Plaintiff respectfully requests that the Initial Pretrial Conference be rescheduled to a date after January 30, 2025, with the corresponding proposed Civil Case Management Plan and Scheduling Order due no later than the Wednesday of the week prior to the new date for the conference.

We thank the Court for its time and consideration of our request.

Respectfully submitted,

**RIVKIN RADLER LLP**

*Michael P. Welch*

Michael P. Welch

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0595

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777



January 16, 2025
Page 2

cc: Consolidated Edison Company of New York, Inc. *(via first class mail)*
   4 Irving Place
   New York, NY 10003

4927-2706-1776, v. 1