

ATTORNEYS AT LAW

**MICHAEL P. WELCH**
PARTNER
(516) 357-3443
michael.welch@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

January 29, 2025

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

GRANTED. The conference is now **Thursday, February 20, 2025 at 2:00 PM**. However, the conference won't be further adjourned. Given the adjournments, the case will move forward on a tight clip from here on out. The parties' proposed schedule should have discovery closing no later than the end of June. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 29, 2025

Re:    *Factory Mut. Ins. Co., a/s/o Thor Equities, LLC, Thor Management Company, LLC, No Ordinary Designer Label Limited a/k/a Ted Baker, Ltd., and Puma North America, Inc. v. Consolidated Edison Company of New York Inc.,* Case No. 1:24-cv-8133 (AS)

Dear Judge Subramanian:

We represent Plaintiff Factory Mutual Insurance Company a/s/o Thor Equities, LLC, Thor Management Company, LLC, No Ordinary Designer Label Limited a/ka/ Ted Baker, Ltd., and Puma North America, Inc. ("Plaintiff") in the above-referenced matter. We write to respectfully request an adjournment of the Initial Pretrial Conference with the court currently scheduled for **February 4, 2025 at 2:00 PM** and a corresponding adjournment of the required pre-conference filings. This is Plaintiff's <u>second</u> request for an adjournment.

On January 16, 2025, the Court granted Plaintiff's first request to adjourn the Initial Pretrial Conference and corresponding pre-conference filings. *See* Dkt. 11. Tomorrow is the current deadline for the parties to file a joint letter and proposed Civil Case Management Plan and Scheduling Order. However, Defendant has not yet appeared and its deadline to answer the complaint is also tomorrow.

Accordingly, to allow time for the parties' counsel to confer and prepare a joint letter and proposed Civil Case Management Plan and Scheduling Order, Plaintiff respectfully requests that the Initial Pretrial Conference and the corresponding filings be adjourned for an additional two weeks.

We thank the Court for its time and consideration of our request.

Respectfully submitted,

**RIVKIN RADLER LLP**

*Michael P. Welch*

Michael P. Welch

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777



January 29, 2025
Page 2

cc: Consolidated Edison Company of New York, Inc. *(via first class mail)*
    4 Irving Place
    New York, NY 10003

4923-2695-1444, v. 1