AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Factory Mutual, et al.
Plaintiff (s),

V.

Consolidated Edison Company of New York, Inc., et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:24-cv-08133-AS

Notice is hereby given that, subject to approval by the court, Consolidated Edison Company of New York, Inc. substitutes
(Party (s) Name)

Jennifer Ann Warycha c/o Gerber Ciano Kelly Brady LLP , State Bar No. 4415246 as counsel of record in
(Name of New Attorney)

place of Brian Middlebrook, Esq. c/o Gordon Rees Scully Mansukani, LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Gerber Ciano Kelly Brady LLP
Address: 150 Grand Street Suite 610, White Plains, New York 10601-4821
Telephone: 914 639 4305    Facsimile: 646 350 1901
E-Mail (Optional): jwarycha@gerberciano.com

I consent to the above substitution.
Date: 6/29/2025

*Scott A. Levinson*
Scott A. Levinson
(Signature of Party (s))

I consent to being substituted.
Date: 6/29/2025

Brian Middlebrook
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/30/2025

*Jennifer Warycha*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: July 30, 2025

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]